

# Case Assignment
## Standard Miscellaneous Assignment

Case number **3:15MC-31-GNS**

Assigned : Judge Greg N. Stivers
Judge Code : 4416

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 12/18/2015 3:10:32 PM
Transaction ID: 1708

[Request New Judge]   [Return]

*Fee Not Tendered*