IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:15-MC31 – GNS |
| | ) |
| GLENN S. MARTIN, JR., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO COMPEL DISCOVERY**

THIS CAUSE having come before the Court on the previously filed Motion to Compel Discovery, the Court has reviewed the Motion, Brief in Support of the Motion, and the filed supporting documentation. As a result, the Court has determined that the documents requested by Richard F. Ray, receiver via subpoena on September 17, 2015 are within the scope of his investigation and allowed under Fed. R. Civ. P. 26, 37, & 45. The requests are reasonably calculated to lead to the discovery of admissible evidence, and 12 CFR 618.8330(b) specifically permits inspection if a court of competent jurisdiction issues a lawful order signed by a judge.

ORDERED AND ADJUDGED that:

The Motion is granted. Farm Credit Mid America is hereby ordered to comply with the receiver's subpoena that was issued on September 7, 2015 by providing copies of the requested documents to Ryan E. Jarrard, Esq. at his office located at 2121 First Tennessee Plaza, Knoxville Tennessee 37929-2121 within ten (10) days following the entry of this order.

1

DONE AND ORDERED this: January 7, 2016

*[signature]*

**Greg N. Stivers, Judge**
**United States District Court**

Approved for Entry:

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard,
TN BPR No. 024525
Attorney for Richard F. Ray,
Receiver
**QUIST, CONE, & FISHER, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873 ext. 232
rej@qcflaw.com