IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:15-MC31 -GNS ) |
| GLENN S. MARTIN, JR., | ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* OF RYAN E. JARRARD**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Ryan E. Jarrard, pursuant to Local Rule 83.2 of the United States District Court for the Western District of Kentucky; after having considered the motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is granted. Ryan E. Jarrard may appear and participate in this action on behalf of Richard F. Ray, receiver. The Clerk shall provide electronic notification of all electronic filings to Ryan E. Jarrard, at rej@qcflaw.com after Mr. Jarrard completes his Electronic Filing Attorney Registration Form. The Clerk is directed to send a copy of of this form to Mr. Jarrard.

1

DONE AND ORDERED this: January 7, 2016

Greg N. Stivers, Judge
United States District Court

Approved for Entry:

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard,
TN BPR No. 024525
Attorney for Richard F. Ray,
Receiver
**QUIST, CONE, & FISHER, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873 ext. 232
rej@qcflaw.com